IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK IRVIN MOPPINS,

    Petitioner,                    No. CIV S-08-0159 FCD JFM P

    vs.

WARDEN SOLANO STATE PRISON, et al.,

    Respondents.                ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that within fifteen days from the date of this order respondent shall lodge the entire administrative record considered by the panel of the California Board of Prison Terms at the December 14, 2005 parole hearing and the Governor in his May 12, 2006 decision reversing the grant of parole.

DATED: April 14, 2008.

                                                      UNITED STATES MAGISTRATE JUDGE

/001; mopp0159.tra