UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FRANK IRVIN MOPPINS,

        Petitioner,

   v.

WARDEN SOLANO STATE PRISON, et al.,

        Respondents.

NO. CIV. S-08-159 FCD JFM P

MEMORANDUM AND ORDER

----oo0oo----

    Petitioner Frank Irvin Moppins ("petitioner") is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging the Board of Parole Hearings' ("BPH") decision rescinding a prior grant of parole. On April 15, 2008, Magistrate Judge Moulds issued an order directing respondent to lodge within 15 days of the order "the entire administrative record considered by [the BPH] at the December 14, 2005 parole hearing and the Governor in his May 12, 2006 decision reversing the grant of parole" (the "Order").

    Respondent moves for reconsideration of that Order, pursuant to E.D. Cal. L.R. 72-303(c), on the grounds that review of the

1

entire administrative record is improper under the AEDPA which limits this court's review to the state court's decision, and the Order is unduly burdensome.

Under Local Rule 72-303(f), a magistrate judge's order shall be upheld unless it is "clearly erroneous or contrary to law." Although there is no legal basis provided in the Order to support requiring production of the administrative record, production may be compelled under Rule 7(a) of the Rules Governing § 2254 Proceedings. See Order, Stewart v. Shepherd, S-05-0458 RRB KJM P, filed Oct. 18, 2007 (directing the parties, pursuant to Rule 7(a), to expand the record to include all materials considered by the Governor in deciding to reverse the BPH's grant of parole to the petitioner); Mem. & Order, filed Nov. 14, 2007 (denying the respondent's motion for reconsideration); accord Leon v. Kane, S-04-2631 FCD JFM P, Mem. & Order, filed April 24, 2008 (wherein the undersigned denied respondent's motion for reconsideration in an analogous case). Rule 7(a) provides: "the judge may direct the parties to expand the [habeas] record by submitting additional materials relating to the petition." Thus, because production of the administrative record may be required pursuant to Rule 7(a), the court cannot find the magistrate judge's Order clearly erroneous or contrary to law. Considering this court's approval of other similar orders by the magistrate judges, the court does not find respondent's burdensome claim persuasive.

Accordingly, the Order of April 15, 2008 is AFFIRMED. Respondent shall lodge the subject administrative record within

1 | 15 days of the date of this order.
2 |     IT IS SO ORDERED.
3 | DATED: April 30, 2008

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE